United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Local 393 Pension Trust Fund Board of Trustees, et al.,<br><br>               Plaintiffs,<br>  v.<br><br>Ramcon Company, Inc.,<br><br>               Defendant. | NO. C 07-00194 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Default was entered against Defendant Ramcon Company on March 6, 2007. (Docket Item No. 6.) Based on Plaintiff's Case Management Statement, the Court VACATES the case management conference currently scheduled for April 30, 2007.

Dated: April 23, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark S. Renner mrenner@wmprlaw.com
Nicole Emi Nakagawa nnakagawa@wmjpr.com
Nicole Emi Nakagawa nnakagawa@wmprlaw.com

**Dated: April 23, 2007**                                **Richard W. Wieking, Clerk**

                                                         **By:  /s/JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**